THE COURT.— For similar reasons and upon similar grounds as stated in the case of *Charles M. Workman* v. *W. S. Kingsbury, Surveyor-General of the State of California, etc.*, S. F. No. 12728, *ante*, p. 148 [273 Pac. 797], this day filed, the application for the writ is denied and the petition is dismissed.

Rehearing denied.

Shenk, J., and Curtis, J., voted for a rehearing.

[S. F. No. 12730. In Bank.—December 31, 1928.]

R. W. HARTHORN et al., Petitioners, v. W. S. KINGS-BURY, Surveyor-General, etc., Respondent.

Arthur W. Eckman, Paul M. Gregg and Jerry H. Powell for Petitioners.

U. S. Webb, Attorney-General, for Respondent.

Flint & Mackay, Frank P. Flint, Arthur R. Smiley, Alexander T. Sokolow and E. W. Miller, *Amici Curiae* in Support of Respondent.

THE COURT.— For similar reasons and upon similar grounds as stated in the case of *Charles M. Workman* v. *W. S. Kingsbury, Surveyor-General of the State of California, etc.*, S. F. No. 12728, *ante*, p. 148 [273 Pac. 797],

this day filed, the application for the writ is denied and the petition is dismissed.

Rehearing denied.

Shenk, J., and Curtis, J., voted for a rehearing.

[S. F. No. 12743. In Bank.—December 31, 1928.]

HARRY A. CHAMBERLIN, Petitioner, v. W. S. KINGS-BURY, Surveyor-General, etc., Respondent.

Harry A. Chamberlin, *in pro. per.*, for Petitioner Harry A. Chamberlin.

U. S. Webb, Attorney-General, for Respondent.

Faries & Williamson for Petitioner H. E. Shudde.

Flint & Mackay, Frank P. Flint, Arthur R. Smiley, Alexander T. Sokolow and E. W. Miller, *Amici Curiae* in Support of Respondent.

THE COURT.— For similar reasons and upon similar grounds as stated in the case of *Charles M. Workman* v. *W. S. Kingsbury, Surveyor-General of the State of California, etc.*, S. F. No. 12728, *ante*, p. 148 [273 Pac. 797], this day filed, the application for the writ is denied and the petition is dismissed.

Rehearing denied.

Shenk, J., and Curtis, J., voted for a rehearing.